UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 16  P 2: 28

RICHARD QUINT

v.

JOHN ARMSTRONG and
GOVERNOR ROWLAND

PRISONER
Case No 3:03cv1983 (AVC)

## JUDGMENT

This cause came on for consideration on the respondent's motion to dismiss the petition for a writ of habeas corpus before the Honorable Alfred V. Covello, United States District Judge.

The Court has considered the motion to dismiss and all the related papers. On October 2, 2003, the Court filed its Ruling on Motion to Dismiss Petition for Writ of Habeas Corpus granting the respondent's motion and directing the Clerk to close the case.

Therefore, it is **ORDERED** and **ADJUDGED** that the petition is dismissed and the matter is closed.

Dated at Bridgeport, Connecticut this 16th of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____