United States District Court
District of Connecticut

Richard R. Quint

v.

John Armstrong and
Governer Rowland

Prisoner
Case No. 3:02CV1983(AVC)

FILED

Dated: 10/22/03

US DISTRICT COURT
BRIDGEPORT CT

Notice of Appeal

Notice is hereby given that Richard R. Quint, In the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit, from the final judgment entered in this action on the 2nd day of October, 2003

Respectfully Submitted

Mr Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct 06410

Pro Se

Certification

I do hereby certify that a copy of the foregoing was sent to all Counsel of record.

Jo Anne Sulik
Asst. States. Atty
300 Corporate Dr
Rocky Hill, Ct 06067

Dated: 10/22/03

Mr Richard R. Quint