United States District Court
District of Connecticut

Richard R. Quint

v.

John Armstrong and
Governer Rowland

FILED
2003 OCT 31 P 3:26
US DISTRICT COURT
BRIDGEPORT CT

Case No. 3:02CV1983 (AVC) Prisoner

Dated: 10/22/03

## Motion for Appointment Counsel

The Petitioner does hereby Request in accordance with Rule 29 Local Rule F.C.P. TO Be appointed a Attorney from the Civil Pro Bono Panel. for his Appeal from Final judgment entered on the 2nd day of October, 2003. for the above Named Case.

Respectfully Submitted

Mr Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410

Pro Se

## Certification

I do hereby certify that a copy of the foregoing was sent to all Counsel of Record. Jo Anne Sulik
ASST. ST. Atty
300 Corporate Pl
Rocky Hill, Ct. 06067

Dated: 10/22/03

Mr Richard R. Quint