UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED
2004 FEB 13 P 2: 44
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD QUINT

v.

COMMISSIONER OF CORRECTION

PRISONER
CASE NO.   3:02CV1983(AVC)(TPS)

### RULING AND ORDER

Petitioner seeks appointment of counsel to assist him in an appeal of this court's dismissal of his petition for writ of habeas corpus.  Appointment of appellate counsel is made by the Court of Appeals, not by this court.

Petitioner's motion [**doc. #38**] is **DENIED** without prejudice

**SO ORDERED** at Hartford, Connecticut, this 13$^{tr}$ of February, 2004.

Thomas P. Smith
United States Magistrate Judge