**MANDATE**

92-cv-491
Eginton, J.

02-cv-1983
Covello, J.
Smith. M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 13th day of November, two thousand and three,

Present:
    Hon. Richard J. Cardamone,
    Hon. Pierre N. Leval,
    Hon. Sonia Sotomayor,
        *Circuit Judges.*



Richard R. Quint,

        Petitioner,

v.                                                                                03-3628

John Armstrong, Commissioner, *et al.*,

        Respondent.

Petitioner, *pro se*, moves for an order authorizing the United States District Court for the District of Connecticut to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is ORDERED that the authorization motion is denied for failure to meet the requirements of 28 U.S.C. § 2244(b).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

NOV 1 3 2003

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

USCA Order 4

ISSUED AS MANDATE:  MAY - 4 2004